**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAVID G. LENHART,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-04-3132-MWL<br><br>**JUDGMENT IN A CIVIL CASE** |

## DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 17th day of October, 2005.

                        JAMES R. LARSEN
                        District Court Executive/Clerk

                        s/ Alma R. Gonzalez

by: _____
     ALMA R. GONZALEZ
     Deputy Clerk

cc: all counsel